

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL ZIMPRICH, | § | No. 08-15-00327-CV |
| Appellant/Cross-Appellee, | § | Appeal from |
| v. | § | 327th District Court |
| JUAN HEREDIA AND FLOR FLORES, | § | of El Paso County, Texas |
| Appellees/Cross-Appellants. | § | (TC # 2011-344) |
| | § | |

## J U D G M E N T

     The Court has considered this cause on Appellant/Cross-Appellee's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal as to Appellant/Cross-Appellee. We further order that this decision be certified below for observance.

     IT IS SO ORDERED THIS 16TH DAY OF JUNE, 2016.

               ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.